NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHEN SLESINGER, INC.,**
*Appellant,*

v.

**DISNEY ENTERPRISES, INC.,**
*Appellee.*

---

2011-1593

(Opposition Nos. 91179064, 91182358, 91183644, 91186026, 91187261, 91188860, 91191230, 91192691, 91194551, 91196019, and 91198046; and Cancellation No. 92046853)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## ORDER

Disney Enterprises, Inc. moves without opposition for leave to withdraw Shabnam Malek and Kristin Hall as counsel of record.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 3 0 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Mark E. Miller, Esq.
Roger L. Zissu, Esq.
s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 3 0 2012

JAN HORBALY
CLERK